Lemuel Velilla Reyes, *Ex parte*.

*Número:* TS-5411    *Resuelto:* 9 de enero de 2017

*Lemuel Velilla Reyes, pro se.*

## RESOLUCIÓN

Evaluada la *Moción en cumplimiento de orden* presentada por el Lcdo. Lemuel Velilla Reyes, *se ordena su suspensión provisional, tanto del ejercicio de la abogacía como de la notaría. Asimismo, se le ordena que nos mantenga informados sobre el estado del procesamiento penal que obra en su contra en el caso U.S. vs. Velilla Reyes, Criminal No. 14-556(DRD), 15-410(DRD). Se le apercibe que, si se confirma la condena, procederá su suspensión indefinida de la profesión legal.*

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. El Juez Asociado Señor Estrella Martínez no intervino.

*(Fdo.)* Juan Ernesto Dávila Rivera
*Secretario del Tribunal Supremo*